**B6A (Official Form 6A) (12/07)**

**In re:** RAI Concrete, Inc. , **Case No.** 12-48787
**Debtor** **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ➢ | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **RAI Concrete, Inc.**_____, Case No. **12-48787**_____
                                      Debtor                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account<br>First American Bank<br>xxx 1712** | | **2,050.57** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached sheet** | | **961,455.39** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **RAI Concrete, Inc.** , Case No. **12-48787**
Debtor **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford F-350** | | **4,494.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attached sheet** | | **90,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_1_ continuation sheets attached   Total ➤ **$1,057,999.96**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re **RAI Concrete, Inc.**, Case No. **12-48787**
                     **Debtor**                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>American Chartered Bank<br>Hauselman Rappin & Olswang Ltd<br>39 South LaSalle Street<br>Suite 1105<br>Chicago, IL 60603-1704 | | | Line of credit<br><br>Secured by accounts receivable, inventory and equipment<br><br>VALUE $917,164.55 | | | | 200,000.00 | 0.00 |
| ACCOUNT NO.<br>American Chartered Bank<br>Hauselman Rappin & Olswang Ltd<br>39 South LaSalle Street<br>Suite 1105<br>Chicago, IL 60603-1704 | | | Secured by<br>1827 Blackhawk Drive<br>West Chicago, IL 60185<br><br>Title currently held by<br>Nicolangela Building LLC<br><br>VALUE $437,000.00 | | | | 437,000.00 | 0.00 |
| ACCOUNT NO.<br>Ford Motor Credit<br>P O Box 790119<br>Saint Louis, MO 63179-0019 | | | 2007 Ford F-350<br><br>VALUE $4,494.00 | | | | 4,494.00 | 0.00 |
| ACCOUNT NO.<br>King Cut Concrete Cutters, Inc.<br>5400 Fieldstone Way<br>McHenry, IL 60051 | | | Accounts Receivable<br>Subcontractor's lien<br><br>VALUE $961,455.40 | | | | 31,935.80 | 0.00 |

_1_ continuation sheets attached

Subtotal ➢
(Total of this page)         $ **673,429.80**   $ **0.00**

Total ➢
(Use only on last page)      $                 $

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07)- Cont.**

In re **RAI Concrete, Inc.**, Case No. **12-48787**

**Debtor** **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Mondi Construction** 1827 Blackhawk Drive West Chicago, IL 60185 | | | **Accounts Receivable Subcontractor's lien**  **VALUE $961,455.40** | | | | 445,900.00 | 0.00 |
| ACCOUNT NO.  **Neenah Foundry Company** P.O. Box 729 Neenah, WI 54957-0729 | | | **Accounts Receivable Subcontractor's lien**  **VALUE $961,455.40** | | | | 1,895.31 | 0.00 |
| ACCOUNT NO.  **Ozinga Ready Mix Concrete, Inc.** P.O .Box 910 Frankfort, IL 60423 | | | **Accounts Receivable Subcontractor's lien**  **VALUE $961,455.40** | | | | 375,383.24 | 0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤ (Total of this page) $ **823,178.55** $ **0.00**

Total ➤ (Use only on last page) $ **1,496,608.35** $ **0.00**

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6E (Official Form 6E) (4/10)**

In re   **RAI Concrete, Inc.**                                                                          Case No.   **12-48787**
                              Debtor                                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re **RAI Concrete, Inc.**                                              Case No. **12-48787**
                         Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals (Totals of this page)    $ **0.00**    $ **0.00**    $ **0.00**

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ **0.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ **0.00**    $ **0.00**

B6F (Official Form 6F) (12/07)

In re **RAI Concrete, Inc.**            Case No. **12-48787**
        Debtor                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Bartholet Concrete Construction** <br>**1N908 Krohn Ct** <br>**Elburn, IL 60119** | | | Materials | | | | 280.00 |
| ACCOUNT NO. <br>**Carroll Distributing & Construction** <br>**135 Industry Ave** <br>**Frankfort, IL 60423** | | | Materials | | | | 2,397.00 |
| ACCOUNT NO. <br>**Cement Mason Local 11 - Area 362** <br>**P.O. Box 92871** <br>**Chicago, IL 60675** | | | Union contributions | X | X | X | Unknown |
| ACCOUNT NO. <br>**Cement Masons Local 11 Area 638** <br>**2874 Rand Road, Unit B** <br>**Lakemoor, IL 60051** | | | Union contributions | X | X | X | Unknown |
| ACCOUNT NO. <br>**Cement Mason's Local 502 Fringe** <br>**c/o Donald Schwartz** <br>**203 N. LaSalle Street, Suite 1650** <br>**Chicago, IL 60601** | | | Pension Fund & Welfare Fund Contribution | X | X | X | 5,000.00 |

    <u>2</u>   Continuation sheets attached

Subtotal ➢ $ **7,677.00**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **RAI Concrete, Inc.** Case No. **12-48787**
Debtor (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> DuPage County Cement Masons <br> c/o Donald Schwartz <br> 203 N. LaSalle Street, Suite 1650 <br> Chicago, IL 60601 | | | Pension Fund & Welfare Fund Contribution | X | X | X | 5,000.00 |
| ACCOUNT NO. <br> Elmhurt Chicago Stone <br> 400 West 1st Street <br> Elmhurst, IL 60126 | | | Materials | X | X | X | 45,939.74 |
| ACCOUNT NO. <br> Fox Valley & Vicinty Construction <br> 75 Remittance Drive, Suite 3163 <br> Chicago, IL 60675-3163 | | | Union contributions | X | X | X | Unknown |
| ACCOUNT NO. <br> Laborer's Pension & Welfare Fund <br> c/o Christina Krivanek <br> 111 W. Jackson Blvd. <br> Suite 1415 <br> Chicago, IL 60604 | | | Pension Fund & Welfare Fund Contribution | X | X | X | 126,000.00 |
| ACCOUNT NO. <br> Lance Construction Supplies, Inc. <br> 4225 West Ogden Avenue <br> Chicago, IL 60623 | | | Materials | | | | 6,818.25 |

2 Continuation sheets attached

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢ $ **183,757.99**

Total ➢ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **RAI Concrete, Inc.** Case No. **12-48787**
Debtor (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Meyer Material Company**<br>**c/o Stuarat P. Krauskopf P.C.**<br>**414 N. Orleans Street, Suite 210**<br>**Chicago, IL 60654** | | | **Materials** | | | | **152,927.70** |
| ACCOUNT NO.<br>**Nicor**<br>**P.O. Box 190**<br>**Aurora, IL 60507-0190** | | | **Utilities** | | | | **817.00** |
| ACCOUNT NO.<br>**Old Republic Surety Company**<br>**P.O. Box 1635**<br>**Milwaukee, WI 53201** | | | **Bond payment** | | | | **50,000.00** |
| ACCOUNT NO.<br>**White Cap Construction Supply**<br>**1000 Elmhurst Road**<br>**Unit 1-5**<br>**Elk Grove Village , IL 60007** | | | **Materials** | | | | **2,476.50** |

2   Continuation sheets attached

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **206,221.20**

Total ➢ $ **397,656.19**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

**In re:** RAI Concrete, Inc.                                   , **Case No.** 12-48787
             **Debtor**                                                                  **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Nicolangela Building LLC**<br>**1344 McDowell Road**<br>**Naperville, IL 60567** | **Lease for Building** |
| **Various entities** | **Numerous collective bargaining agreements with Laborer's and Cement Masons Unions** |

**B6H (Official Form 6H) (12/07)**

In re: **RAI Concrete, Inc.** ,
        **Debtor**

Case No. **12-48787**
        **(If known)**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **RAI Concrete, Inc.**, Case No. **12-48787**
Debtor (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Carmella Raimondi**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **14** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **1/11/2013** Signature: **s/ Carmella Raimondi**

**Carmella Raimondi President**
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*