**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RAI CONCRETE, INC., | ) | Case No. 12-48787 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |

**NOTICE OF FINAL DATE FOR FILING BALLOTS**
**AND COMBINED HEARING ON CONFIRMATION OF PLAN OF**
**REORGANIZATION AND ADEQUACY OF THE DISCLOSURE STATEMENT**

NOTICE TO CREDITORS and ALL PARTIES IN INTEREST:

Please be advised that the Court has set August 22, 2013 as the last date for filing objections to the Chapter 11 Debtor's Plan of Reorganization, and has set August 26, 2013 as the last day for filing of Ballots with respect to the Chapter 11 Debtor's Plan of Reorganization. Any objections should be filed with the Clerk of the Bankruptcy Court at the following address:

>Clerk of the U.S. Bankruptcy Court
>219 South Dearborn Street, 7th Floor
>Chicago, Illinois  60604

with a copy to:

>David R. Herzog
>HERZOG & SCHWARTZ, P.C.
>77 W. Washington Street, Suite 1717
>Chicago, IL 60602

Furthermore, the Court has set August 28, 2013 at 10:00 p.m., in Room 642, 219 South Dearborn Street, Chicago, IL for hearing on confirmation on Debtor's Plan of Reorganization, any objections thereto, as well as a hearing on the adequacy of the Disclosure Statement.

Enclosed herein, please find a copy of the Disclosure Statement, Plan of Reorganization, and Ballot for voting on the Plan.

If you have any questions, please contact the attorney for the Debtor-in-Possession, David R. Herzog at 312-977-1600.

By: /s/ David R. Herzog
    One of his attorneys

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for Debtor and Debtor-in-Possession
77 West Washington Street, #1717
Chicago, Illinois  60602
(312) 977-1600
ARDC No. 01203681

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 11** |
| | ) | |
| **RAI CONCRETE, INC.,** | ) | **Case No. 12-48787** |
| | ) | |
| **Debtor.** | ) | **Honorable A. Benjamin Goldgar** |

## PROOF OF SERVICE

TO:   See attached service list

      The undersigned, an attorney, certifies that he caused to be served a copy of the **NOTICE OF FINAL DATE FOR FILING BALLOTS AND COMBINED HEARING ON CONFIRMATION OF PLAN OF REORGANIZATION AND ADEQUACY OF THE DISCLOSURE STATEMENT** on the attached service list by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 25th day of July, 2013.

                                                                                /s/ David R. Herzog

**SERVICE LIST**

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Christopher H. Purcell
Sherman & Purcell, LLP
120 South LaSalle Street
Chicago, IL 60603

Meyer Material Company
c/o Stuarat P. Krauskopf P.C.
414 N. Orleans Street, Suite 210
Chicago, IL 60654-4493

American Chartered Bank
Hauselman Rappin & Olswang Ltd|
39 South LaSalle Street
Suite 1105
Chicago, IL 60603-1720 12-48787

Bartholet Concrete Construction
1N908 Krohn Ct
Elburn, IL 60119-9446
VIA Regular Mail

Carroll Distributing & Construction
135 Industry Ave
Frankfort, IL 60423-2909
VIA Regular Mail

Cement Mason's Local 502 Fringe
c/o Donald Schwartz
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601-1257

DuPage County Cement Masons
c/o Donald Schwartz
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601-1257

Elmhurt Chicago Stone
400 West 1st Street
Elmhurst, IL 60126-2604

Fox Valley & Vicinty Construction
75 Remittance Drive, Suite 3163
Chicago, IL 60675-3163

Cement Mason Local 11 - Area 161
100 Republic Avenue
Unit 17A
Joliet, IL 60435-6400

Laborer's Pension & Welfare Fund
c/o Christina Krivanek
111 W. Jackson Blvd, Suite 1415
Chicago, IL 60604-3868

Cement Mason Local 11 - Area 362
P.O. Box 92871
Chicago, IL 60675-2871

Lance Construction Supplies, Inc.
4225 West Ogden Avenue
Chicago, IL 60623-2977

Cement Masons Local 11 Area 638
28874 Rand Road, Unit B
Lakemoor, IL 60051

Nicor
P.O. Box 190
Aurora, IL 60507-0190

Old Republic Surety Company
P.O. Box 1635
Milwaukee, WI 53201-1635

White Cap Construction Supply
1000 Elmhurst Road
Unit 1-5
Elk Grove Village , IL 60007-2614