**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RAI CONCRETE, INC. | ) | Case No.  12-48787 |
| | ) | |
| Debtor. | ) | Honorable Benjamin A. Goldgar |

## NOTICE OF MOTION

To:    The Debtor, creditors and all parties in interest (service list available from counsel to the Debtors).

 1.    NOTICE IS HEREBY GIVEN that the First Application for Interim Compensation of Counsel for the Debtor has been filed and a hearing will be held by the Honorable Benjamin A. Goldgar at the UNITED STATES BANKRUPTCY COURT, 219 South Dearborn Avenue, Street, Room 642, Chicago, Illinois 60602, on **March 19, 2014** at **9:30** a.m.

 2.    The following is a summary of the application that has been filed.  A copy of the application is on file at the Bankruptcy Clerk's Office.

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Herzog & Schwartz P.C. and Ryan Werner COUNSEL FOR Debtor | $     0.00 | $ 47,150.00 | $ 0.00 |

                                                                  HERZOG & SCHWARTZ, P.C.

                                                                  By: /s/ David R. Herzog
                                                                             One of its attorneys

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Debtor
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

## CERTIFICATE OF SERVICE

 The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the attached service list by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 25th day of February, 2014.

                                                                   /s/ David R. Herzog

**SERVICE LIST**

<u>VIA ECF</u>

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Christopher H. Purcell
Sherman & Purcell, LLP
120 South LaSalle Street
Chicago, IL 60603

Meyer Material Company
c/o Stuarat P. Krauskopf P.C.
414 N. Orleans Street, Suite 210
Chicago, IL 60654-4493

<u>VIA REGULAR MAIL</u>

American Chartered Bank
Hauselman Rappin & Olswang Ltd|
39 South LaSalle Street
Suite 1105
Chicago, IL 60603-1720 12-48787

Bartholet Concrete Construction
1N908 Krohn Ct
Elburn, IL 60119-9446
VIA Regular Mail

Carroll Distributing & Construction
135 Industry Ave
Frankfort, IL 60423-2909
VIA Regular Mail

Cement Mason's Local 502 Fringe
c/o Donald Schwartz
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601-1257

DuPage County Cement Masons
c/o Donald Schwartz
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601-1257

Elmhurt Chicago Stone
400 West 1st Street
Elmhurst, IL 60126-2604

Fox Valley & Vicinity Construction
75 Remittance Drive, Suite 3163
Chicago, IL 60675-3163

Cement Mason Local 11 - Area 161
100 Republic Avenue
Unit 17A
Joliet, IL 60435-6400

Laborer's Pension & Welfare Fund
c/o Christina Krivanek
111 W. Jackson Blvd, Suite 1415
Chicago, IL 60604-3868

Cement Mason Local 11 - Area 362
P.O. Box 92871
Chicago, IL 60675-2871

Lance Construction Supplies, Inc.
4225 West Ogden Avenue
Chicago, IL 60623-2977

Cement Masons Local 11 Area 638
28874 Rand Road, Unit B
Lakemoor, IL 60051

Nicor
P.O. Box 190
Aurora, IL 60507-0190

Old Republic Surety Company
P.O. Box 1635
Milwaukee, WI 53201-1635

White Cap Construction Supply
1000 Elmhurst Road
Unit 1-5
Elk Grove Village , IL 60007-2614

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RAI CONCRETE, INC. | ) | Case No. 12-48787 |
| | ) | |
| Debtor. | ) | Honorable Benjamin A. Goldgar |
| | ) | |

**FINAL APPLICATION FOR**
**COMPENSATION OF COUNSEL FOR THE DEBTOR**

Pursuant to 11 U.S.C. §331, David R. Herzog and the law firm of HERZOG & SCHWARTZ, P.C., counsel for the Debtor, respectfully applies to this Court for final compensation for actual, necessary services rendered and reimbursement for actual, necessary out-of-pocket expenses. HERZOG & SCHWARTZ, P.C. has divided this application into two parts. The first part of the application shall provide general background information. The second part of the application shall provide an analysis by task of legal work performed by the HERZOG & SCHWARTZ, P.C.

**PART I**

**BACKGROUND**

On December 12, 2014, (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtor has operated a construction business primarily engaged in concrete work for 30 years. In particular, the Debtor does a substantial amount of pavement work such as the installation of sidewalks as well as curbs and gutters. RAI performs work for both residential and commercial customers as well as a number of municipalities throughout the Chicago area. In around 2007, with the downturn in the nation's economy, the Debtor experienced financial distress due to reduced work and the inability to collect monies due from many customers. With the beginning of the economic recovery, the Debtor's financial picture has been improving. Moreover in 2012, the Debtor became a Disadvantaged Business Enterprise (DBE) entitling the Company to bid jobs as a minority contractor. The Debtor, which was originally formed by Nick and Carmela Raimondi, is currently owned entirely by Carmela Raimondi after her husband, Nick, passed away a number of years ago. As a result of RAI's DBE status, the Company

has been awarded significantly more projects in the last 12 months and therefore its economic prospects for the future have greatly improved. Nevertheless because of the filing of a collection suit by a trade creditor as well as lawsuits filed by the Pension and Welfare Funds of the Laborer's and Cement Mason's Unions, RAI was compelled to seek bankruptcy protection under Chapter 11 of the Bankruptcy Code.

Each task performed by the law firm will be discussed in detail. This fee application covers services rendered by the law firm for the period of July 5, 2012 through February 20, 2014. The billable rates for members of the law firm were charged on an hourly basis. This application sets forth the hours of work performed per attorney, per task at the hourly rate that was in effect at the time the services were provided. A detailed description of each time entry is attached to this application as Exhibit A.

## PART II

## TASK ANALYSIS

A. <u>Consultation and Initial Filing</u>

The law firm spent 8.40 hours in consultation with the Debtor and preparation of the initial Chapter 11 filing. The law firm initially met with Debtor and analyzed its current financial status. The law firm reviewed financial information, contacted vendors, and notified creditors of the impending Chapter 11 bankruptcy proceeding. The law firm gathered necessary information for the filing of the voluntary petition.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 8.40 | $ 3,360.00 |
| **TOTAL** | **8.40** | **$ 3,360.00** |

B.  Preparation of Schedules and Statement of Financial Affairs

The law firm spent 20.80 hours in connection with the preparation of Schedules and the Statement of Financial Affairs. The law firm gathered all necessary information and prepared the Schedules and Statement of Financial Affairs ("SOFA"). The law firm reviewed with Debtor the accuracy of all information contained in the Schedules and SOFA. The law firm attended the initial meeting with the Office of the U.S. Trustee, as well as the first meeting of creditors and provided the Office of the U.S. Trustee with all required documentation.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 20.80 | $ 8,320.00 |
| Michelle Lehmann @ 150.00 per hour | 5.00 | $ 750.00 |
| **TOTAL** | **25.80** | **$ 9,070.00** |

C.  Secured Creditors and Use of Cash Collateral

The law firm spent 19.50 hours in connection with matters pertaining to secured creditors and the use of cash collateral. The law firm prepared and filed a motion for use of cash collateral, as well as appeared on numerous occasions to extend the interim cash collateral order. The law firm also appeared on Ford Motor Co's motion for relief from the stay and successfully resolved that motion.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 19.50 | $ 7,800.00 |
| **TOTAL** | **19.50** | **$ 7,800.00** |

D.  Employment of Professionals

The law firm spent 4.00 hours in connection with employment and compensation of professionals. The law firm prepared and appeared on an application for employment and also prepared a fee application.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 4.00 | $ 1,600.00 |
| **TOTAL** | **4.00** | **$ 1,600.00** |

E.  <u>Administrative Matters</u>

The law firm spent 4.00 hours in connection with general administration matters. The law firm performed other administration duties such as responding to creditor inquiries, reviewing monthly reports, and attending status calls of court.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 12.50 | $ 5,000.00 |
| **TOTAL** | **12.50** | **$ 5,000.00** |

F.  <u>Plan of Reorganization and Disclosure Statement</u>

The law firm spent 50.80 hours in connection with preparation of the Plan of Reorganization and Disclosure Statement. The law firm drafted and filed Debtor's Plan of Reorganization and Amendment to the Plan, as well as a Disclosure Statement. The firm appeared in Court on the status and confirmation of the Plan, as well as preparation and filing of Post-Petition Reports with the Court.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 400.00 per hour | 50.80 | $ 20,320.00 |
| **TOTAL** | **50.80** | **$ 20,320.00** |

## **RECAPITULATION**

|  | Hours | Costs |
|---|---|---|
| Category A | 8.40 | $ 3,360.00 |
| Category B | 25.80 | $ 9,070.00 |
| Category C | 19.50 | $ 7,800.00 |
| Category D | 4.00 | $ 1,600.00 |
| Category E | 12.50 | $ 5,000.00 |
| Category F | 50.80 | $ 20,320.00 |
| **TOTAL** | **121.00** | **$ 47,150.00** |

Counsel received a pre-petition retainer in the amount of $15,000.00 prior to the filing of the bankruptcy. HERZOG & SCHWARTZ, P.C. requests that upon an Order granting compensation, that said amount be credited toward such approved compensation.

   WHEREFORE, the law firm respectfully requests that this Honorable Court enter an Order:

   1)  Granting the law firm reasonable compensation of $47,1500.00, and necessary expenses of $0.00 for legal services rendered in this case.

   2)  For such further relief that this Honorable Court deems just and reasonable.

               HERZOG & SCHWARTZ, P.C.

               By: /s/ David R. Herzog

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Debtor
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

**CATEGORY A**

| Date | Timekeeper / Description | Hours | Amount |
|---|---|---|---|
| 07/05/12 | Herzog, David<br>Initial meeting with client re financial situation and filing of Chapter 11 reorganization | 1.50 | $600.00 |
| 07/18/12 | Herzog, David<br>Email from client re equipment value. | 0.10 | $40.00 |
| 07/31/12 | Herzog, David<br>Email re settlement of replevin action re freightliner vehicle. | 0.20 | $80.00 |
| 09/25/12 | Herzog, David<br>Email from RAI re vendor list and outstanding payables. | 0.25 | $100.00 |
| 09/28/12 | Herzog, David<br>Email from client re inquiry from Arrow-Rand Construction and non-payment of union. | 0.10 | $40.00 |
| 09/28/12 | Herzog, David<br>Email from John Madler at Arrow re status of company and payables. | 0.10 | $40.00 |
| 10/02/12 | Herzog, David<br>Email from client re Chicagoland Paving and company status. | 0.10 | $40.00 |
| 10/03/12 | Herzog, David<br>Email from client re Chicagoland Paving and Arrow-Rand. | 0.10 | $40.00 |
| 10/03/12 | Herzog, David<br>Email with inquiry from Elmhurst Stone re status of outstanding invoices. | 0.10 | $40.00 |
| 10/04/12 | Herzog, David<br>Email re authority of client to service current debt and expenses. | 0.15 | $60.00 |
| 10/08/12 | Herzog, David<br>Email re Chicagoland Paving re status. | 0.10 | $40.00 |
| 10/08/12 | Herzog, David<br>Call to Chicagoland Paving re status. | 0.10 | $40.00 |
| 10/08/12 | Herzog, David<br>Email with financials re secured creditors, American Chartered Bank and review same. | 0.25 | $100.00 |
| 10/09/12 | Herzog, David<br>Preparation of initial schedules and list of creditors re Chapter 11 filing. | 2.50 | $1000.00 |

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 10/09/12 | Herzog, David<br>Email from client re additional creditors. | 0.15 | $60.00 |
| 10/10/12 | Herzog, David<br>Conference with client re additional creditors. | 0.10 | $40.00 |
| 10/10/12 | Herzog, David<br>Review and update initial creditors list. | 0.50 | $200.00 |
| 10/15/12 | Herzog, David<br>Email re letter from Elmhurst Stone and threatened lawsuit. | 0.10 | $40.00 |
| 10/15/12 | Herzog, David<br>Email letter to Elmhurst advising that Company is working on Plan of Reorganization. | 0.25 | $100.00 |
| 10/16/12 | Herzog, David<br>Email from client re letter to Arrow concerning union grievance and ways company can resolve issue. | 0.15 | $60.00 |
| 10/17/12 | Herzog, David<br>Letter to Arrow re Plan to Reorganize and resolution of labor grievance. | 0.25 | $100.00 |
| 10/18/12 | Herzog, David<br>Email from client re audit of Cement Masons and outstanding claim. | 0.15 | $60.00 |
| 10/18/12 | Herzog, David<br>Email from Arrow Rand re receivables due RAI and resolution of union grievance. | 0.25 | $100.00 |
| 10/31/12 | Herzog, David<br>Email from client re outstanding invoices of Elmhurst Stone. | 0.10 | $40.00 |
| 11/07/12 | Herzog, David<br>Receive and review union audit and alleged outstanding welfare and pension liability. | 0.50 | $200.00 |
| 11/27/12 | Herzog, David<br>Email from client re renewed demand of Elmhurst Stone. | 0.10 | $40.00 |
| 11/30/12 | Herzog, David<br>Review response of Union re claim. | 0.15 | $60.00 |

**CATEGORY B**

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 07/01/12 | Herzog, David<br>T/C from client re various questions re reorganization. | 0.15 | $60.00 |
| 12/12/12 | Herzog, David<br>Prepare and file Voluntary Petition and List of 20 Largest Creditors. | 1.00 | $400.00 |
| 12/12/12 | Lehmann, Michelle<br>Preparation and facsimile transmission of Chapter 11 filing to 20 Largest Creditors. | 5.00 | $500.00 |
| 12/13/12 | Herzog, David<br>Conference with client and request from insurance company to name UST as additional insured on all policies. | 0.25 | $100.00 |
| 12/13/12 | Herzog, David<br>Receipt of Certificate of Insurance for UST. | 0.10 | $40.00 |
| 12/13/12 | Herzog, David<br>Conference with client re UST instructions and first meeting of creditors and operating in Chapter 11; opening of DIP bank account. | 1.00 | $400.00 |
| 12/13/12 | Herzog, David<br>Forward certificate of insurance to UST. | 0.10 | $40.00 |
| 12/18/12 | Herzog, David<br>Work on schedules and conference with client re same. | 1.50 | $600.00 |
| 12/23/12 | Herzog, David<br>Work on schedules and SOFA. | 2.50 | $1000.00 |
| 12/25/12 | Herzog, David<br>Prepare and file motion to extend the deadline for filing schedules and SOFA. | 1.00 | $400.00 |
| 01/02/13 | Herzog, David<br>Attend court call to extend deadline to file schedules and SOFA. | 0.75 | $300.00 |
| 01/10/13 | Herzog, David<br>Email from client re operating under Chapter 11. | 0.15 | $60.00 |
| 01/10/13 | Herzog, David<br>Extended conference with client re preparation of schedules and SOFA. | 1.50 | $600.00 |

| Date | Name | Hours | Amount |
|---|---|---|---|
| 01/10/13 | Herzog, David<br>Work on schedules and SOFA. | 3.50 | $1400.00 |
| 01/10/13 | Herzog, David<br>Email re equipment. | 0.15 | $60.00 |
| 01/10/13 | Herzog, David<br>Email re payments and leases. | 0.15 | $60.00 |
| 01/11/13 | Herzog, David<br>Conference with client re Schedules and SOFA. | 0.50 | $200.00 |
| 01/11/13 | Herzog, David<br>Finalize and file schedules and SOFA | 2.50 | $1000.00 |
| 01/11/13 | Herzog, David<br>Email re updated payables. | 0.15 | $60.00 |
| 01/11/13 | Herzog, David<br>Email from client re creditor addresses. | 0.10 | $40.00 |
| 01/15/13 | Herzog, David<br>Email to RAI re tax returns adjustments and certificate of insurance. | 0.15 | $60.00 |
| 01/24/13 | Herzog, David<br>Email re creditor list. | 0.10 | $40.00 |
| 01/29/13 | Herzog, David<br>Meeting with client and attend 1st Meeting of Creditors. | 2.50 | $1000.00 |
| 02/04/13 | Herzog, David<br>Prepare and file amendments to Schedule B and SOFA. | 1.00 | $400.00 |

**CATEGORY C**

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 12/27/12 | Herzog, David<br>Review adequate protection motion filed by First Merit Credit. | 0.25 | $100.00 |
| 12/30/12 | Herzog, David<br>Conference with client re 2007 Ford F-450 and adequate protection motion. | 0.15 | $60.00 |
| 12/30/12 | Herzog, David<br>Initial work on motion for use of cash collateral. | 0.50 | $200.00 |
| 12/30/12 | Herzog, David<br>Call to American Charter Bank re attorney to represent Bank in Chapter 11 | 0.15 | $60.00 |
| 01/02/13 | Herzog, David<br>Work on use of Cash Collateral motion. | 2.50 | $1000.00 |
| 01/03/13 | Herzog, David<br>Prepare and file Carmela Raimondi Declaration in Support of First Day Motions. | 3.00 | $1200.00 |
| 01/03/13 | Herzog, David<br>T/C with client re Declaration and progress of case. | 0.25 | $100.00 |
| 01/04/13 | Herzog, David<br>T/C with counsel re cash collateral order. | 0.15 | $60.00 |
| 01/04/13 | Herzog, David<br>Work on cash collateral motion and order. | 2.00 | $800.00 |
| 01/07/13 | Herzog, David<br>Finalize and file motion for use of cash collateral. | 2.50 | $1000.00 |
| 01/08/13 | Herzog, David<br>Email from client re 2007 Ford truck | 0.10 | $40.00 |
| 01/08/13 | Herzog, David<br>Email to client re 2007 Ford Truck | 0.10 | $40.00 |
| 01/09/13 | Herzog, David<br>Email from client re documentation re Ford Truck. | 0.15 | $60.00 |
| 01/09/13 | Herzog, David<br>T/C with counsel for secured creditor. | 0.10 | $40.00 |
| 01/09/13 | Herzog, David<br>Attend court call on motion to use cash collateral and motion for adequate protection. | 1.25 | $500.00 |

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 01/14/13 | Herzog, David<br>Email from client re secured creditor. | 0.10 | $40.00 |
| 01/18/13 | Herzog, David<br>Email re secured creditor. | 0.10 | $40.00 |
| 01/18/13 | Herzog, David<br>T/C to American Chartered Bank, secured creditor. | 0.10 | $40.00 |
| 01/23/13 | Herzog, David<br>Attend court call re adequate protection motion re 2007 Ford Truck | 0.75 | $300.00 |
| 03/06/13 | Herzog, David<br>Attend court call re continued use of cash collateral status. | 1.00 | $400.00 |
| 04/04/13 | Herzog, David<br>Prepare and file agreed order re continued use of cash collateral. | 0.50 | $200.00 |
| 05/03/13 | Herzog, David<br>Review Motion for Relief from Stay. | 0.25 | $100.00 |
| 05/04/13 | Herzog, David<br>T/C with client re relief stay motion and status. | 0.10 | $40.00 |
| 05/12/13 | Herzog, David<br>T/C with Purell re withdrawal of stay relief motion. | 0.10 | $40.00 |
| 05/13/13 | Herzog, David<br>Check docket re withdrawal of stay relief motion. | 0.10 | $40.00 |
| 05/15/13 | Herzog, David<br>Attend court call re continued use of cash collateral. | 1.00 | $400.00 |
| 06/26/13 | Herzog, David<br>Attend court call re status and adequate protection. | 1.00 | $400.00 |
| 08/28/13 | Herzog, David<br>Court call re status and continued use of cash collateral. | 1.25 | $500.00 |

## **CATEGORY D**

| | | | |
|---|---|---|---|
| 01/24/13 | Herzog, David<br>Prepare and file Motion to Employ attorney<br>for Debtor. | 1.50 | $600.00 |
| 02/20/14 | Herzog, David<br>Prepare and finalize fee application. | 2.50 | $1000.00 |

**CATEGORY E**

| Date | Name / Description | Hours | Amount |
|---|---|---|---|
| 01/04/13 | Herzog, David<br>Obtain and review Debtors monthly budget. | 0.50 | $200.00 |
| 01/08/13 | Herzog, David<br>Email to client re Carquest account. | 0.10 | $40.00 |
| 01/08/13 | Herzog, David<br>Email to client re Carquest. | 0.10 | $40.00 |
| 01/08/13 | Herzog, David<br>Email re union grievance. | 0.10 | $40.00 |
| 01/10/13 | Herzog, David<br>Email from Arrow-Rand | 0.10 | $40.00 |
| 01/15/13 | Herzog, David<br>Email from RAI re tax returns. | 0.15 | $60.00 |
| 01/15/13 | Herzog, David<br>Letter from UST. | 0.10 | $40.00 |
| 01/17/13 | Herzog, David<br>Email re DIP account | 0.10 | $40.00 |
| 01/17/13 | Herzog, David<br>Email re preparation of monthly operating reports. | 0.25 | $100.00 |
| 01/21/13 | Herzog, David<br>Email from client re preliminary interview with UST. | 0.10 | $40.00 |
| 01/22/13 | Herzog, David<br>Meeting with client, preliminary interview with UST. | 1.00 | $400.00 |
| 01/25/13 | Herzog, David<br>Email re Lake Co Grading receivable. | 0.10 | $40.00 |
| 01/28/13 | Herzog, David<br>3 emails re first meeting of creditors. | 0.15 | $60.00 |
| 01/31/13 | Herzog, David<br>Email from client re Carquest account. | 0.10 | $40.00 |
| 01/31/13 | Herzog, David<br>Docket email from court setting status of 2/4/13 and resetting to 2/6/13. | 0.10 | $40.00 |
| 02/04/13 | Herzog, David<br>Email from American Charter re necessary info for DIP account and forward same to bank. | 0.25 | $100.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/05/13 | Herzog, David | Email re Union grievance and review same with client. | 0.25 | $100.00 |
| 02/06/13 | Herzog, David | Attend court call status on Plan and Disclosure Statement and continued use of Cash Collateral and employment of counsel. | 1.25 | $500.00 |
| 02/06/13 | Herzog, David | Email re union grievance. | 0.10 | $40.00 |
| 02/15/13 | Herzog, David | Email re union grievance. | 0.10 | $40.00 |
| 02/15/13 | Herzog, David | T/C with client re monthly operating reports. | 0.25 | $100.00 |
| 02/19/13 | Herzog, David | Email from client re operating reports; review same and conference with client re same. | 0.25 | $100.00 |
| 02/20/13 | Herzog, David | Email from client re review of monthly reports and questions re same. | 0.50 | $200.00 |
| 02/20/13 | Herzog, David | T/C with client re monthly operating reports and problems with preparation. | 0.15 | $60.00 |
| 03/01/13 | Herzog, David | Review and file monthly operating reports for December 2012 and January 2013 | 0.50 | $200.00 |
| 03/06/13 | Herzog, David | Email client re status. | 0.10 | $40.00 |
| 03/07/13 | Herzog, David | Email from client re labor grievance. | 0.10 | $40.00 |
| 03/08/13 | Herzog, David | Email for client re sub-contractor payments. | 0.10 | $40.00 |
| 03/08/13 | Herzog, David | Email to client re sub-contractor payment and whether past or pre-petition debt. | 0.10 | $40.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/11/13 | Herzog, David | Review February operating report and review for corrections. | 0.15 | $60.00 |
| 04/03/13 | Herzog, David | Email re union grievance. | 0.10 | $40.00 |
| 04/04/13 | Herzog, David | Review and file February 28, 2013 operating report. | 0.25 | $100.00 |
| 04/15/13 | Herzog, David | Email from client re proposal with respect to outstanding receivables. | 0.25 | $100.00 |
| 05/01/13 | Herzog, David | Review and file March 2013 monthly operating report. | 0.25 | $100.00 |
| 05/16/13 | Herzog, David | Email from client re RAI contract matter. | 0.10 | $40.00 |
| 05/20/13 | Herzog, David | T/C to client re Palatine contract. | 0.15 | $60.00 |
| 06/18/13 | Herzog, David | Email re insurance claim. | 0.10 | $40.00 |
| 06/19/13 | Herzog, David | Review and file monthly operating reports for April 30, 2013. | 0.25 | $100.00 |
| 09/05/13 | Herzog, David | Review and file May, June, and July 2013 operating reports. | 0.50 | $200.00 |
| 12/04/13 | Herzog, David | Attend court re status. | 1.00 | $400.00 |
| 12/17/13 | Herzog, David | Email re UST fees. | 0.10 | $40.00 |
| 01/14/14 | Herzog, David | Review and file Operating Reports for October, November, and December 2013. | 0.50 | $200.00 |
| 01/14/14 | Herzog, David | Prepare and file Post-Petition Paid Claims Report. | 0.75 | $300.00 |
| 01/15/14 | Herzog, David | Attend court call on status. | 1.00 | $400.00 |

**CATEGORY F**

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 04/30/13 | Herzog, David<br>Prepare and file motion to extend time and file Plan and Disclosure Statement. | 1.50 | $600.00 |
| 05/08/13 | Herzog, David<br>Attend court call re motion to Extend time To File Plan and Disclosure Statement. | 1.00 | $400.00 |
| 06/13/13 | Herzog, David<br>Initial work on drafting Plan of Reorganization. | 5.50 | $2200.00 |
| 06/17/13 | Herzog, David<br>Work on drafting Reorganization Plan. | 4.50 | $1800.00 |
| 06/18/13 | Herzog, David<br>Initial drafting of Disclosure Statement. | 6.50 | $2600.00 |
| 06/19/13 | Herzog, David<br>Receive and Review Plan of Reorganization and Disclosure Statement. | 8.50 | $3400.00 |
| 06/20/13 | Herzog, David<br>Review and file Plan and Disclosure Statement. | 5.00 | $2000.00 |
| 06/20/13 | Herzog, David<br>Conference with client re filing Plan and Disclosure Statement. | 0.25 | $100.00 |
| 07/08/13 | Herzog, David<br>Meeting with client and account re financial projections. | 1.50 | $600.00 |
| 07/11/13 | Herzog, David<br>Review financial projections; conference with accountant and discussion re same. | 1.00 | $400.00 |
| 07/15/13 | Herzog, David<br>Review revised financial projections and file same as Exhibit 4 to Disclosure Statement. | 0.50 | $200.00 |
| 07/17/13 | Herzog, David<br>Attend court call re status of Plan and Adequate Protection. | 1.25 | $500.00 |
| 07/25/13 | Herzog, David<br>Work on Ballot Package and Notice and Order and send to all creditors. | 6.50 | $2600.00 |
| 08/27/13 | Herzog, David<br>T/C with client re voting results. | 0.15 | $60.00 |

| Date | Attorney / Description | Hours | Amount |
|---|---|---|---|
| 08/29/13 | Herzog, David<br>Review ballots and file ballot report. | 1.00 | $400.00 |
| 09/03/13 | Herzog, David<br>Email to client re Laborer's Union claim. | 0.15 | $60.00 |
| 09/17/13 | Herzog, David<br>Email from Krivanek re Laborer's claim. | 0.15 | $60.00 |
| 09/18/13 | Herzog, David<br>Court appearance on status and continued use of cash collateral. | 1.00 | $400.00 |
| 09/30/13 | Herzog, David<br>Conference with Laborer's Pension and Welfare re settlement of Class 2 and 3 claims. | 0.25 | $100.00 |
| 09/30/13 | Herzog, David<br>Conference with client re settlement of Class 2 and 3 claims. | 0.50 | $200.00 |
| 10/01/13 | Herzog, David<br>Prepare and file Modification of Plan. | 2.50 | $1000.00 |
| 10/02/13 | Herzog, David<br>Court call on approval of Chapter 11 Plan. | 1.00 | $400.00 |
| 11/18/13 | Herzog, David<br>Conference with client re payments under the plan. | 0.50 | $200.00 |
| 12/09/13 | Herzog, David<br>Email from client re address of Class 2 payees. | 0.10 | $40.00 |