**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RAI CONCRETE, INC. | ) | Case No. 12-48787 |
| | ) | |
| Debtor. | ) | Honorable Benjamin A. Goldgar |

## NOTICE OF MOTION

To:     See Attached Service List

    YOU ARE HEREBY NOTIFIED that on March 19, 2014, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Benjamin Goldgar, Room 642, 219 South Dearborn Street, Chicago, Illinois, and then and there present Motion for Entry of Final Decree, a copy of which is attached hereto and herewith served upon you.

                                                                                 /s/ David R. Herzog

David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for Debtor
77 West Washington Street, #1717
Chicago, Illinois  60602
(312) 977-1600
ARDC No. 01203681

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the attached service list by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 25th day of February, 2014.

                                                                                /s/ David R. Herzog

**SERVICE LIST**

<u>VIA ECF</u>

Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Christopher H. Purcell
Sherman & Purcell, LLP
120 South LaSalle Street
Chicago, IL 60603

Meyer Material Company
c/o Stuarat P. Krauskopf P.C.
414 N. Orleans Street, Suite 210
Chicago, IL 60654-4493

<u>VIA REGULAR MAIL</u>

American Chartered Bank
Hauselman Rappin & Olswang Ltd|
39 South LaSalle Street
Suite 1105
Chicago, IL 60603-1720 12-48787

Bartholet Concrete Construction
1N908 Krohn Ct
Elburn, IL 60119-9446
VIA Regular Mail

Carroll Distributing & Construction
135 Industry Ave
Frankfort, IL 60423-2909
VIA Regular Mail

Cement Mason's Local 502 Fringe
c/o Donald Schwartz
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601-1257

DuPage County Cement Masons
c/o Donald Schwartz
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601-1257

Elmhurt Chicago Stone
400 West 1st Street
Elmhurst, IL 60126-2604

Fox Valley & Vicinty Construction
75 Remittance Drive, Suite 3163
Chicago, IL 60675-3163

Cement Mason Local 11 - Area 161
100 Republic Avenue
Unit 17A
Joliet, IL 60435-6400

Laborer's Pension & Welfare Fund
c/o Christina Krivanek
111 W. Jackson Blvd, Suite 1415
Chicago, IL 60604-3868

Cement Mason Local 11 - Area 362
P.O. Box 92871
Chicago, IL 60675-2871

Lance Construction Supplies, Inc.
4225 West Ogden Avenue
Chicago, IL 60623-2977

Cement Masons Local 11 Area 638
28874 Rand Road, Unit B
Lakemoor, IL 60051

Nicor
P.O. Box 190
Aurora, IL 60507-0190

Old Republic Surety Company
P.O. Box 1635
Milwaukee, WI 53201-1635

White Cap Construction Supply
1000 Elmhurst Road
Unit 1-5
Elk Grove Village , IL 60007-2614

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| **RAI CONCRETE, INC.** | ) | Case No. 12-48787 |
| | ) | |
| Debtor. | ) | Honorable Benjamin A. Goldgar |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Debtor, RAI CONCRETE, INC., by and through its attorneys, David R. Herzog and the law firm of Herzog & Schwartz, P.C., and pursuant to 11 U.S.C. § 1142 of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, moves this Honorable Court for entry of a final decree and to close its Chapter 11 case. In support of this motion, the Debtor states as follows:

1       Debtor, RAI CONCRETE, INC.., filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code on December 12, 2012.

2.      On October 2, 2014, this Honorable Court entered a Order confirming the Debtor's Plan of Reorganization, as modified.

3.      Pursuant to the terms of the Plan, Class 2 Priority Wage Claims have been paid in full.

4.      Also pursuant to the terms of the Plan, Debtor has made three (3) payments on Class 3 claims and is current on said payments.

5.      On February 20, 2014, Debtor made its first required distributions to Class 4 creditors; a copy of the distribution checks are attached hereto as Exhibit A.

6.      No distributions made under the Plan have been returned.

7.      The Reorganized Debtor has paid or will be paid by the time of hearing on motion, all post-confirmation quarterly fees due to the U.S. Trustee per 28 U.S.C. § 1930.

8. There are no motions, contested matters, or adversary proceedings that have not been finally resolved, except for the fee application the attorney for the Debtor, David Herzog and the law firm of Herzog & Schwartz, which is being set for hearing contemporaneously with this motion..

9. Accordingly, the Debtor has substantially consummated its Plan and complied with all orders of the Court regarding post-confirmation issues, and it is appropriate that this Honorable Court enter a final decree.

WHEREFORE, the Debtor prays that this Honorable Court enter a final decree and order closing its Chapter 11 case, and for such other and further relief as is just and appropriate.

                Respectfully submitted,

                RAI CONCRETE, INC.

                By:    /s/ David R. Herzog
                      One of its attorneys

David R. Herzog
Attorney for the Reorganized Debtor
HERZOG & SCHWARTZ P.C.
77 West Washington Street
Suite 1717
Chicago, Illinois 60602
(312) 977-1600
ARDC No. 01203681

**RAI CONCRETE, INC**
Debtor in Possession
1827 Blackhawk Dr.
West Chicago, IL 60185

JPMORGAN CHASE BANK, NA
02-001/710

10691

2/20/2014

PAY TO THE ORDER OF  EMC Insurance Companies                $ **25.00

Twenty-Five and 00/100************************************************************ DOLLARS

EMC Insurance Companies
PO Box 712
Des Moines, IA 50309

MEMO  1st & Final Dividend Debtors Plan of Reorginization 1

⑆010691⑆ ⑈071000013⑈ 179351561⑈

| RAI CONCRETE, INC | | | 10691 |
|---|---|---|---|
| EMC Insurance Companies | | 2/20/2014 | |
| | | | 25.00 |
| Chase Debtor in Poss | 1st & Final Dividend Debtors Plan of Reorginizati | | 25.00 |
| RAI CONCRETE, INC | | | 10691 |
| EMC Insurance Companies | | 2/20/2014 | |
| | | | 25.00 |
| Chase Debtor in Poss | 1st & Final Dividend Debtors Plan of Reorginizati | | 25.00 |

PAYMENT RECORD

**RAI CONCRETE, INC**
Debtor in Possession
1827 Blackhawk Dr.
West Chicago, IL 60185

JPMORGAN CHASE BANK, NA
02-001/710

10690

2/20/2014

PAY TO THE ORDER OF   Nicor Gas                          $ **81.70

Eighty-One and 70/100************************************************************************ DOLLARS

Nicor Gas
P.O. BOX 310
AURORA IL 60507-0310

MEMO   1st & Final Dividend Debtors Plan of Reorginization 1

⑈010690⑈ ⑆071000013⑆ 179351561⑈

| RAI CONCRETE, INC | | | 10690 |
|---|---|---|---|
| Nicor Gas | | 2/20/2014 | |
| | | | 81.70 |
| Chase Debtor in Poss | 1st & Final Dividend Debtors Plan of Reorginizati | | 81.70 |

| RAI CONCRETE, INC | | | 10690 |
|---|---|---|---|
| Nicor Gas | | 2/20/2014 | |
| | | | 81.70 |
| Chase Debtor in Poss | 1st & Final Dividend Debtors Plan of Reorginizati | | 81.70 |

PAYMENT RECORD

**RAI CONCRETE, INC**
Debtor in Possession
1827 Blackhawk Dr.
West Chicago, IL 60185

JPMORGAN CHASE BANK, NA
02-001/710

10689

2/20/2014

PAY TO THE ORDER OF   Bartholet Concrete Construction    $ **28.00

Twenty-Eight and 00/100************************************************************************ DOLLARS

Bartholet Concrete Construction
P.O. Box 184
Lafox, IL 60147

MEMO  1st & Final Dividend Debtors Plan of Reorginization 1

⑅010689⑅ ⑇071000013⑇ 179351561⑅

| | | | |
|---|---|---|---|
| RAI CONCRETE, INC | | | 10689 |
| Bartholet Concrete Construction | | 2/20/2014 | |
| | | | 28.00 |
| Chase Debtor in Poss | 1st & Final Dividend Debtors Plan of Reorginizati | | 28.00 |
| RAI CONCRETE, INC | | | 10689 |
| Bartholet Concrete Construction | | 2/20/2014 | |
| | | | 28.00 |
| Chase Debtor in Poss | 1st & Final Dividend Debtors Plan of Reorginizati | | 28.00 |

PAYMENT RECORD








26068  649196 (8/13)    015711    Rev 11/11

**RAI CONCRETE, INC**
Debtor in Possession
1827 Blackhawk Dr.
West Chicago, IL 60185

JPMORGAN CHASE BANK, NA
02-001/710

10692

2/20/2014

PAY TO THE ORDER OF　Carroll Distibuting & Construction Supply　　$ **19.98

Nineteen and 98/100************************************************************************ DOLLARS

Carroll Distibuting & Construction Supply
205 S. IOWA AVE.
OTTUMWA, IA 52501

MEMO　1st  Dividend Debtors Plan of Reorginization 10/1/13

⑈010692⑈ ⑆071000013⑈ 179351561⑈

| RAI CONCRETE, INC | | | 10692 |
|---|---|---|---|
| Carroll Distibuting & Construction Supply | | 2/20/2014 | |
| | | | 19.98 |
| Chase Debtor in Poss　1st  Dividend Debtors Plan of Reorginization 10/ | | | 19.98 |

| RAI CONCRETE, INC | | | 10692 |
|---|---|---|---|
| Carroll Distibuting & Construction Supply | | 2/20/2014 | |
| | | | 19.98 |
| Chase Debtor in Poss　1st  Dividend Debtors Plan of Reorginization 10/ | | | 19.98 |

PAYMENT RECORD





CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**RAI CONCRETE, INC**
Debtor in Possession
1827 Blackhawk Dr.
West Chicago, IL 60185

JPMORGAN CHASE BANK, NA
02-001/710

10693

2/20/2014

PAY TO THE ORDER OF  Lance Construction Supplies, Inc.    $ **56.82

Fifty-Six and 82/100************************************************************ DOLLARS

Lance Construction Supplies, Inc.
4225 W. Ogeden Avenue
Chicago, IL 60623-2977

MEMO  1st Dividend Debtors Plan of Reorginization 10/1/13

⑊010693⑊ ⑊071000013⑊ 179351561⑊

---

RAI CONCRETE, INC                                                                 10693
  Lance Construction Supplies, Inc.                               2/20/2014
                                                                                   56.82

Chase Debtor in Poss    1st Dividend Debtors Plan of Reorginization 10/1              56.82

RAI CONCRETE, INC                                                                 10693
  Lance Construction Supplies, Inc.                               2/20/2014
                                                                                   56.82

PAYMENT RECORD

Chase Debtor in Poss    1st Dividend Debtors Plan of Reorginization 10/1              56.82

26068 649196 (8/13)    015711    Rev 11/11

**RAI CONCRETE, INC**
Debtor in Possession
1827 Blackhawk Dr.
West Chicago, IL 60185

MORGAN CHASE BANK, NA
02-001/710

10694

2/20/2014

PAY TO THE ORDER OF: Meyer Material Company    $ **2,071.09

Two Thousand Seventy-One and 09/100************************************************** DOLLARS

Meyer Material Company
c/o Suart P. Krauskopf P.C.
414 N. Orleans St
Suite 210
Chicago, IL 60654

MEMO 1st Dividend Debtors Plan of Reorginization 10/1/13

⑈010694⑈ ⑆071000013⑆ 179351561⑈

| | | | |
|---|---|---|---|
| RAI CONCRETE, INC | | | 10694 |
| Meyer Material Company | | 2/20/2014 | |
| | | | 2,071.09 |
| Chase Debtor in Poss | 1st Dividend Debtors Plan of Reorginization 10/1 | | 2,071.09 |
| RAI CONCRETE, INC | | | 10694 |
| Meyer Material Company | | 2/20/2014 | |
| | | | 2,071.09 |
| Chase Debtor in Poss | 1st Dividend Debtors Plan of Reorginization 10/1 | | 2,071.09 |

**PAYMENT RECORD**





```
CASH ONLY IF ALL CheckLock SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING
```

**RAI CONCRETE, INC**
Debtor in Possession
1827 Blackhawk Dr.
West Chicago, IL 60185

JPMORGAN CHASE BANK, NA
02-001/710

10695

2/20/2014

PAY TO THE ORDER OF    Old Republic Surety Company    $ **289.82

Two Hundred Eighty-Nine and 82/100*************************************************************** DOLLARS

Old Republic Surety Company
c/o Jo Max
Recovery Services
14100 N 83rd Ave Suite 235
Peoria, AZ 85381

MEMO  1st Dividend Debtors Plan of Reorginization 10/1/13

⑈010695⑈ ⑆071000013⑆ 17935156 1⑈

---

| RAI CONCRETE, INC | | 10695 |
| Old Republic Surety Company | 2/20/2014 | |
| | | 289.82 |

Chase Debtor in Poss    1st Dividend Debtors Plan of Reorginization 10/1    289.82

| RAI CONCRETE, INC | | 10695 |
| Old Republic Surety Company | 2/20/2014 | |
| | | 289.82 |

PAYMENT RECORD

Chase Debtor in Poss    1st Dividend Debtors Plan of Reorginization 10/1    289.82


26068 649196 (8/13)


015711


Rev 11/11

**RAI CONCRETE, INC**
Debtor in Possession
1827 Blackhawk Dr.
West Chicago, IL 60185

JPMORGAN CHASE BANK, NA
02-001/710

10697

2/20/2014

PAY TO THE ORDER OF   Old Republic Surety Company    $ **289.76

Two Hundred Eighty-Nine and 76/100************************************************************ DOLLARS

Old Republic Surety Company
c/o Jo Max
Recovery Services
14100 N 83rd Ave Suite 235
Peoria, AZ 85381

MEMO  1st Dividend Debtors Plan of Reorginization 10/1/13

⑈010697⑈ ⑆071000013⑆ 179351561⑈

---

| RAI CONCRETE, INC | | | 10697 |
| Old Republic Surety Company | | 2/20/2014 | |
| | | | 289.76 |

Chase Debtor in Poss    1st Dividend Debtors Plan of Reorginization 10/1                289.76

| RAI CONCRETE, INC | | | 10697 |
| Old Republic Surety Company | | 2/20/2014 | |
| | | | 289.76 |

Chase Debtor in Poss    1st Dividend Debtors Plan of Reorginization 10/1                289.76

PAYMENT RECORD


26068 649196 (8/13)


015711


Rev 11/11

**RAI CONCRETE, INC**
Debtor in Possession
1827 Blackhawk Dr.
West Chicago, IL 60185

JPMORGAN CHASE BANK, NA
02-001/710

10698

2/20/2014

PAY TO THE ORDER OF ___WHITE CAP SONSTRUCTION SUPPLY___    $ **20.64

Twenty and 64/100************************************************************************************ DOLLARS

WHITE CAP CONSTRUCTION SUPPLY
P.O. BOX 535209
ATLANTA, GA 30353

MEMO   1st Dividend Debtors Plan of Reorginization 10/1/13

⑈010698⑈ ⑆071000013⑆ 179351561⑈

| RAI CONCRETE, INC | | | 10698 |
|---|---|---|---|
| WHITE CAP SONSTRUCTION SUPPLY | | 2/20/2014 | |
| | | | 20.64 |
| Chase Debtor in Poss | 1st Dividend Debtors Plan of Reorginization 10/1 | | 20.64 |

| RAI CONCRETE, INC | | | 10698 |
|---|---|---|---|
| WHITE CAP SONSTRUCTION SUPPLY | | 2/20/2014 | |
| | | | 20.64 |
| Chase Debtor in Poss | 1st Dividend Debtors Plan of Reorginization 10/1 | | 20.64 |

PAYMENT RECORD



