UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 12-48787
RAI CONCRETE, INC. )
)  Chapter: 11
)
)  Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

## FINAL DECREE

THIS CAUSE coming on to be heard on the Debtor's Motion for Final Decree pursuant to Federal Rules of Bankruptcy Procedure 3022, and it appearing that the Plan of Reorganization, as modified, has been substantially consummated, and that the case is in a position to be closed, due notice having been given, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

The Chapter 11 case of the above-named Debtor is closed.

Enter:

Dated: **19 MAR 2014**

United States Bankruptcy Judge

**Prepared by:**
David R. Herzog
Herzog & Schwartz PC.
Attorneys for the Debtors
77 W. Washington St. #1717
Chicago, IL  60602
(312) 977-1600

Rev: 20120501_bko